## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Royal International, LLC

                        Plaintiff,

v.

Case No.: 1:23−cv−03992

Honorable Martha M. Pacold

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to file an amended Schedule A [29] is granted. Defendants No. 11 FUNZZY; No. 70 1st.ing; No. 92 beilangopp; No. 96 bhee2se8cake; No. 105 dabit_5189; No. 110 edacohe2; No. 115 epicesolutions; No. 117 excellent−ck; No. 129 galistore_1; No. 131 gcap6; No. 135 gracefulvara; No. 148 kellylogline10; No. 156 luzhi−40; No. 161 mintam_59; No. 162 mizoseong; No. 181 rongxin9988; No. 191 squareonevintage; No. 195 supermarket8882016; No. 219 weigu_67; No. 220 whereeverr; No. 223 wondersonline; and No. 341 Zhhly are terminated. Plaintiff has already filed an amended Schedule A on the docket [30]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.